**United States District Court**
**Northern District of New York**

# JUDGMENT

**FRANK J. ROMANO**
                    **Plaintiff**

          **VS.**                              **1:05-CV-1037 (FJS) (RFT)**

**CHRISTOPHER D. HOLLAND; RYDER TRUCK RENTAL, INC.; IMPERIAL POOLS, INC. a/k/a IMPERIAL DISTRIBUTORS, INC.**

                    **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the defendant's motion for dismissal is granted and the Court's motion for dismissal is granted.  Therefore Judgment is entered in favor of the defendants'.

All of the above pursuant to the Order of the Honorable Judge Frederick J. Scullin, Jr.,  dated the 31st day of May, 2007.


**JUNE 5, 2007**                      **LAWRENCE K. BAERMAN**

_____          _____
**DATE**                             **CLERK OF COURT**

                                     **s/**

                                     _____

                                     **JOANNE BLESKOSKI**
                                     **DEPUTY CLERK**